

ENTERED
01/09/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | |
|    ALEJANDRA MELENDEZ | § | Case No.: 17-70072 |
|    ADELINA BRISENO | § | Case No.: 17-70073 |
| | § | Chapter 7 |
| *Debtors* | § | JOINTLY ADMINISTERED |
| | | |
| CATHERINE STONE CURTIS, TRUSTEE | § § § | |
| v. | § | ADVERSARY NO. 17-07011 |
| | § | |
| ADELINA BRISENO | § | |

## AGREED JUDGMENT

Came on to be heard the above-styled adversary proceeding, and it having been made known to the Court that Plaintiff, Catherine Stone Curtis, Chapter 7 Trustee ("*Plaintiff*"), and Defendant, Adelina Briseno ("*Debtor*") have advised the Court that the parties have reached a final agreement pursuant to 11 U.S.C. § 727(a)(11); thus, disposing of all Plaintiff's claims in the above-referenced adversary proceeding. The Court having considered the agreement is of the opinion that judgment should be entered for Plaintiff as agreed. It is, accordingly,

**ORDERED** that the Debtor is denied a discharge pursuant to 11 U.S.C. § 727(a)(11). It is further

**ORDERED** that each party will bear the costs incurred by it in this adversary proceeding.

This judgment disposes of all parties and issues in this adversary proceeding and is a Final Judgment.

3047731

EXHIBIT "1"

Signed: January 09, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

APPROVED AND AGREED:

_____
Simon Mayer    TBN: 24060243
smayer@hwa.com
HUGHESWATTERSASKANASE, LLP
1201 Louisiana St., 28th Floor
Houston, Texas 77002-4168
Telephone: 713-759-0818
Facsimile: 713-759-6834
**ATTORNEY FOR CATHERINE CURTIS,
CHAPTER 7 TRUSTEE**

Law Office of Antonio Martinez, Jr., P.C.

_____
Antonio Martinez, Jr.,
Bar No.: 24007607
317 Nolana St., Suite C
McAllen, Texas 78504
Phone: (956) 683-1090
Email: Martinez.tony.jr@gmail.com
Attorney for Adelina Briseno

3048031